IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL MCLEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ADAM KING, *Sheriff, et al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:20-CV-1244-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be summarily dismissed with prejudice.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on October 5, 2020.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, this civil action is hereby **DISMISSED** with prejudice as frivolous and for failure to state a claim. *See* 28 U.S.C. 1915(e)(2)(B).

SO ORDERED this 13th day of October, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE